# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2024

## NO. 03-24-00622-CV

**Trivista Operating LLC and Trivista Oil Company LLC, Appellants**

**v.**

**ERC Acquisitions II LLC, Appellee**

## APPEAL FROM 155TH DISTRICT COURT OF FAYETTE COUNTY
## BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
## DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on July 1, 2024. Trivista Operating LLC and Trivista Oil Company LLC have filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.